IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

TYLER KLINGENSMITH                                                                            PLAINTIFF


v.                                                    Case No. 6:19-cv-06126


CLAYTON DEBOER
(ORCU, Mental Health Case Manager)                                                DEFENDANT

## ORDER

Before the Court is the Report and Recommendation filed January 7, 2022, by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas.  (ECF No. 97).  Plaintiff proceeds in this 42 U.S.C. § 1983 action *pro se* and *in forma pauperis*.  Judge Ford recommended that Defendant's Motion for Summary Judgment (ECF No. 83) be granted.

Neither party has filed objections to the Report and Recommendation, and the time to object has passed.  *See* 28 U.S.C. § 636(b)(1).  Upon review, the Court finds that the report is without clear error and should be and hereby is adopted *in toto*.  Accordingly, it is **ORDERED** that Defendant's Motion for Summary Judgment (ECF No. 83) is **GRANTED**.  Therefore, Plaintiff's Amended Complaint (ECF No. 13) is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED** this 27th day of January 2022.


/s/ *Robert T. Dawson*
**ROBERT T. DAWSON**
**SENIOR U.S. DISTRICT JUDGE**